John F. McIntyre, Jr. (172128)
**Shea & McIntyre**
2166 The Alameda
San Jose, CA 95126
Email: jmcintyre@sheamcintyre.com
Tel. (408) 298-6611
Fax (408) 275-0814

Attorneys for Plaintiff SAMUEL IGNACIO

Stephen F. Boutin (053197)
**Boutin Jones Inc.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Email: sboutin@boutinjones.com
Tel. (916) 321-4444
Fax (916) 441-7597

Attorneys for Defendants CITY OF DAVIS, a municipality; BINNING RANCH HOLDING COMPANY LLC, a California Corporation; and J. DAVID TAORMINO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO DIVISION)

| | |
|---|---|
| SAMUEL IGNACIO, a Filipino/Hispanic man, for himself and all those similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF DAVIS, a municipality; BINNING RANCH HOLDING COMPANY LLC, a California Corporation; J. DAVID TAORMINO; and DOES 1 to 10, Defendants.<br><br>    Defendants. | Case No. 2:18-cv-02607-MCE-EFB<br><br>STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii); ORDER THEREON<br><br>Date action filed: September 24, 2018 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SAMUEL IGNACIO ("Plaintiff") and Defendants CITY OF DAVIS, a municipality; BINNING RANCH HOLDING COMPANY LLC, a California Corporation; J. DAVID TAORMINO ("Defendants"), through their respective counsel, that the entire action and all causes of action be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side shall

bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: January 10, 2018     SHEA & MCINTYRE

By: <u>/s/ John F. McIntyre, Jr., (as authorized on 01/1019)</u>
     John F. McIntyre, Jr.

Dated: January 10, 2018     BOUTIN JONES INC.

By: <u>/s/ Stephen F. Boutin</u>
     Attorneys for Defendants City of Davis,
     a municipality; Binning Ranch Holding Company
     LLC, a California Corporation;
     and J. David Taormino

## **ORDER**

Pursuant to the stipulation of counsel, and good cause appearing, this entire action, including all claims, causes of action, and counterclaims, is hereby dismissed without prejudice as to all parties pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each side shall bear their own costs, including attorneys' fees. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 16, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE